# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:18-CV-441-FDW-DCK

| | | |
|---|---|---|
| ANGELA MARIE SHORT, Administratrix of the Estate of Deborah Sue Patterson, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| CITY OF GASTONIA, NORTH CAROLINA, OFFICER J. A. WILLIAMS, in his official capacity and individually for the City of Gastonia, and  GASTONIA POLICE DEPARTMENT, | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Initial Attorney Conference" (Document No. 5) filed August 23, 2018.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

Although the undersigned has been informed that Plaintiff consents to the requested relief, the Court will decline to issue a stay at this time.  Instead, the Court will *sua sponte* allow the parties additional time to conduct their Initial Attorney's Conference.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Initial Attorney Conference" (Document No. 5) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall conduct an Initial Attorney's Conference, or request additional time to do so, on or before **November 2, 2018**.

**SO ORDERED**.

Signed: August 27, 2018

David C. Keesler
United States Magistrate Judge