# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Angela Marie Short**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00441-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| J. A. Williams | ) | |
| City of Gastonia, North Carolina | | |
| Gastonia Police Department**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2018 Order.

September 28, 2018

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court